**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRISH A. BAKER,
    Petitioner

v.                                                                                                                CA 08-262S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,
    Respondent.

**ORDER**

    The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 26, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The objection to the Report & Recommendation is DENIED, Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED, and Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED.

                                                              BY ORDER:

                                                              DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 6/17/09